# Court of Appeals
# of the State of Georgia

ATLANTA, September 24, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0085.  GENAIR HARRIS v. FEDERAL HOME LOAN MORTGAGE CORPORATION.**

This case originated as a dispossessory proceeding in magistrate court. Following an adverse ruling, Genair Harris appealed the magistrate court's decision to superior court, which issued a writ of possession on March 21, 2012. Harris filed a notice of direct appeal from this ruling. We, however, lack jurisdiction.

Because this appeal involves a de novo appeal of a magistrate court ruling, Harris was required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Her failure to do so deprives us of jurisdiction, and this appeal is therefore DISMISSED. See id.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 09/24/2012
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*